**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: March 09, 2022

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

      Re:  Case No. 21-3699, *USA v. Michael Gordon*
            Originating Case No. 2:97-cr-00167-6

Dear Mr. Nagel:

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                      s/Patricia J. Elder, Senior Case Manager
                                        for Sharday Swain, Case Manager

cc:  Mr. Michael Lee Gordon
      Mr. Kevin Koller

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-3699

_____

Filed: March 09, 2022

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MICHAEL LEE GORDON

    Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 02/15/2022 the mandate for this case hereby issues today.

COSTS:  None